Joel E. Tasca
Nevada Bar No. 14124
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com

*Attorneys for Defendant*
*The Moore Law Group, A.P.C.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIE A. BALL, an individual, | CASE NO. 2:21-cv-01642-JCM-EJY |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME FOR THE MOORE LAW GROUP, A.P.C., TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| THE MOORE LAW GROUP, A PROFESSIONAL CORPORATION, a foreign corporation, | |
| Defendant. | **(First Request)** |

Plaintiff Marie A. Ball ("Plaintiff") and Defendant The Moore Law Group, A.P.C. ("Moore"), stipulate and agree that Moore has up to and including Friday, December 3, 2021, to respond to the Complaint by answer, motion, or otherwise.  The requested extension is needed to allow time for Moore to investigate Plaintiff's claims in order to prepare a response.  In addition, the parties are engaged in settlement discussions and the additional time will allow the parties to continue to explore early resolution.

The requested extension is entered into in good faith and not for the purpose of delay.

Dated: November 17, 2021

| BALLARD SPAHR LLP | COGBURN LAW |
|---|---|
| By: /s/ *Joel E. Tasca*<br>Joel E. Tasca<br>Nevada Bar No. 14894<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ *Erik W. Fox*<br>Jamie S. Cogburn<br>Nevada Bar No. 8409<br>Erik W. Fox<br>Nevada Bar No. 8804<br>2580 St. Rose Parkway, Suite 330<br>Henderson, Nevada 89074<br>(702) 748-7777 |
| *Attorneys for Defendant*<br>*The Moore Law Group, A.P.C.* | *Attorneys for Plaintiff, Marie A. Ball* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 17, 2021