COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIE A. BALL, an individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>THE MOORE LAW GROUP, A PROFESSIONAL CORPORATION, a Foreign Corporation,<br><br>          Defendant. | Case Number:<br>2:21-cv-01642-JCM-EJY<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT THE MOORE LAW GROUP, A PROFESSIONAL CORPORATION WITH PREJUDICE** |

   IT IS HEREBY STIPULATED by and between Plaintiff, Marie A. Ball ("Plaintiff") and Defendant, The Moore Law Group, A Professional Corporation ("Defendant"), by and through their respective attorneys of record, that all Plaintiff's claims asserted against Defendant in the

above-captioned matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

Dated this 4th day of February, 2022.

COGBURN LAW

By: */s/Erik W. Fox*
    Jamie S. Cogburn, Esq.
    Nevada Bar No. 8409
    Erik W. Fox, Esq.
    Nevada Bar No. 8804
    2580 St. Rose Parkway, Suite 330
    Henderson, Nevada 89074
    *Attorneys for Plaintiff*

Dated this 4th day of February, 2022.

BALLARD SPAHR LLP

By: */s/Joel E. Tasca*
    Joel E. Tasca, Esq.
    Nevada Bar No. 14894
    1980 Festival Plaza Drive, Suite 900
    Las Vegas, Nevada 89135
    *Attorneys for Defendant, The Moore Law Group, A Professional Corporation*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

February 11, 2022
_____
DATE